# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132616 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                          SC: 132616
                                                           COA: 270185
                                                           Ingham CC: 97-072941-FH
DANIEL RAY WITHERELL,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the November 9, 2006
order of the Court of Appeals is considered, and it is DENIED, because the defendant has
failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The
motion to remand is DENIED.



        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
                Clerk

d0416